**Exhibit A**

/

**COMMONWEALTH OF MASSACHUSETTS**
SUFFOLK, ss.
**SUPERIOR COURT**
CIVIL ACTION
NO. 24 — 1106F

BOB S. OJUGBANA
**PLAINTIFF(S) (PRINT NAME CLEARLY)**

1. vs. VIRGIN ALTANTIC AIRLINE
2. RICHARD CHARLES NICHOLAS BRANSON
3. SHAI-WEISS (C.E.O)
**DEFENDANT(S) (PRINT NAME CLEARLY)**

**COMPLAINT**

JOHN E. POWERS III
ACTING CLERK MAGISTRATE
2024 APR 25 P 12:
SUFFOLK SUPERIOR COURT
CIVIL CLERK'S OFFICE

## PARTIES

1. Plaintiff(s) reside(s) at 239 NEPONSET VALLEY PARK-WAY BOSTON, MA 02136
   Street — City or Town
   in the County of U.S.A. UNITED STATES.

2. Defendant(s) reside(s) at THE VHQ FLEMING WAY, CRAWLEY, RH 10 9I
   in the County of UNITED KINGDOM.
   Street — City of Town

## FACTS

3. I was in a Virgin Altantic flight VS 412 Feb. 12, 2024 in an Upper Class Cabin from LOS TO LHR TO BOS, the food th I was served was Contaminated with cheese wrapped in plasti wrap was still in the burger for so long, which led to food pois on arrival to London I started having serious diarrhea, which ma me very Uncomfortable and sick on my next flight from Lond to Boston. After taking a bite out of the burger that I was

Served, I notify the Crew Supervisor, she saw the Evidence of the food Contamination and she made a report and told me she was going to send it to the appropriate department. I have been going back and forth with the Airline and they have tried to suppress me just because of my Skin Color, up to date no apologies from them, despite the Illness pain and Suffering.

4. Answer this question only if you are seeking a restraining order against the defendant(s):

Have there been any other Court proceedings, criminal or civil, involving you or your family members and the defendant or defendant's family members?

Yes _____   No ___✓___

If Yes, describe the Court proceeding(s) and its/their status. _____

_____

_____

**WHEREFORE**, plaintiff demands that:
Justice And Compensation, so that Such will not happen to other Passengers, Especially from LOS - LHR. from Virgin Atlantic And Delta Airlines. Thanks -

SIGNED UNDER THE PENALTIES OF PERJURY.

DATE: 04-25-2024

Signature of Plaintiff(s)

239 NEPONSET VALLEY PKY
Street Address

BOSTON  MA  02136
City/Town

617-648-6419
Telephone