**Exhibit B**

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

SUPERIOR COURT
CIVIL ACTION
NO. 24-1106 F

BOB S. OJUGBAHA
PLAINTIFF(S) (PRINT NAME CLEARLY)

vs.

AMENDED COMPLAINT

VIRGIN ALTANTIC AIRLINE, RICHARD CHARLES NICHOLAS BRA
DEFENDANT(S) (PRINT NAME CLEARLY)

## PARTIES

1. Plaintiff(s) reside(s) at 239 HEPONSET=VALLEY PARK-WAY BOSTON MA 0.
   Street                                          City or Town
   in the County of U·S·A. UNITED STATES.

2. Defendant(s) reside(s) at 155 FEDERAL ST, SUITE 700
   in the County of BOSTON MA 02110 U·S·A
   Street                                          City of Town

## FACTS

3. I was in a Virgin Altantic flight VS 412 Feb, 12, 2024, in an Upper Class Cabin from LOS to LHR to Bos, the food that I was served was Contaminated with cheese wrapped in plastic wrap was still in the burger, for so long, which led to food poiso. on arrival to London, I started having serious diarrhea, whic made me very Uncomfortable and sick on my next flight fro London to Boston, After taking a bite out of the burger that I

served, I notify the Crew Supervisor she saw the Evidence
of the food Contamination and she made a report and she
told me she was going to send it to the appropriate departme
I have been going back and forth with the Airline and they have tried
suppress me just because of my Skin Color, Up to date,
apologies from them despite the Illness, pain and Suffer,

4. Answer this question only if you are seeking a restraining order against the defendant(s):

Have there been any other Court proceedings, criminal or civil, involving you or your
family members and the defendant or defendant's family members?

Yes_____          No____✓____

If Yes, describe the Court proceeding(s) and its/their status. _____

_____

_____

**WHEREFORE**, plaintiff demands that:
Justice And Compensation, so that such
will not happen to Other Passengers,
Especially. From LOS - LHR From Virgin
Altantic And Delta Airlines. Thanks.

**SIGNED UNDER THE PENALTIES OF PERJURY.**

DATE: 05/15/2024

Bob Ojugbana
**Signature of Plaintiff(s)**
239 NEPONSET VALLEY
**Street Address**
PARK-WAY, BOSTON MH 021:
**City/Town**
617-648-6419.
**Telephone**