**<u>Exhibit C</u>**

## 2484CV01106 Ojugbana, Bob S vs. Virgin Atlanctic Airline et al

- Case Type:
- Torts
- Case Status:
- Open
- File Date
- 04/25/2024
- DCM Track:
- F - Fast Track
- Initiating Action:
- Other Negligence - Personal Injury / Property Damage
- Status Date:
- 04/25/2024
- Case Judge:
-
- Next Event:
-

---

**All Information**   Party   **Tickler**   **Docket**   **Disposition**

### Party Information

**Ojugbana, Bob S**
- Plaintff

| Alias | **Party Attorney** |
|---|---|
|  | • Attorney |
|  | • Pro Se |
|  | • Bar Code |
|  | • PROPER |
|  | • Address |
|  | • Phone Number |
|  | • |

**More Party Information**

**Virgin Atlanctic Airline**
- Defendant

| Alias | **Party Attorney** |
|---|---|

**More Party Information**

**Bramson, Richard Charles Nicholas**
- Defendant

| Alias | **Party Attorney** |
|---|---|

**More Party Information**

**Shai Weiss (CEO)**
- Defendant

| Alias | **Party Attorney** |
|---|---|

**More Party Information**

### Ticklers

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Service | 04/25/2024 | 07/24/2024 | 90 | |
| Answer | 04/25/2024 | 08/23/2024 | 120 | |
| Rule 12/19/20 Served By | 04/25/2024 | 08/23/2024 | 120 | |
| Rule 12/19/20 Filed By | 04/25/2024 | 09/23/2024 | 151 | |
| Rule 12/19/20 Heard By | 04/25/2024 | 10/22/2024 | 180 | |
| Rule 15 Served By | 04/25/2024 | 08/23/2024 | 120 | |
| Rule 15 Filed By | 04/25/2024 | 09/23/2024 | 151 | |
| Rule 15 Heard By | 04/25/2024 | 10/22/2024 | 180 | |
| Discovery | 04/25/2024 | 02/19/2025 | 300 | |
| Rule 56 Served By | 04/25/2024 | 03/21/2025 | 330 | |

Case Details - Massachusetts Trial Court N6

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---------|-----------|----------|----------|----------------|
| Rule 56 Filed By | 04/25/2024 | 04/21/2025 | 361 | |
| Final Pre-Trial Conference | 04/25/2024 | 08/18/2025 | 480 | |
| Judgment | 04/25/2024 | 04/27/2026 | 732 | |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|-------------|-------------|---------------|--------------|
| 04/25/2024 | Attorney appearance<br>On this date Pro Se added for Plaintiff Bob S Ojugbana | | |
| 04/25/2024 | Case assigned to:<br>DCM Track F - Fast Track was added on 04/25/2024 | | |
| 04/25/2024 | Original civil complaint filed. | 1 | Image |
| 04/25/2024 | Civil action cover sheet filed. | 2 | Image |
| 04/25/2024 | Docket Note: Three summonses in hand | | Image |
| 05/15/2024 | Amended: First amended complaint filed by Bob S Ojugbana | 3 | Image |
| 05/15/2024 | Service Returned for<br>Defendant Virgin Atlanctic Airline: Service through person in charge / agent; | 4 | Image |
| 05/15/2024 | Service Returned for<br>Defendant Bramson, Richard Charles Nicholas: Service through person in charge / agent; | 5 | Image |

## Case Disposition

| Disposition | Date | Case Judge |
|-------------|------|------------|
| Pending | | |

*1*

**COMMONWEALTH OF MASSACHUSETTS**

SUFFOLK, ss.                                    SUPERIOR COURT
                                                CIVIL ACTION
                                                NO. 24 — 1106 F

BOB S. OJUGBANA
PLAINTIFF(S) (PRINT NAME CLEARLY)

1. vs. VIRGIN ALTANTIC AIRLINE
2. RICHARD CHARLES NICHOLAS BRANSON                **COMPLAINT**
3. SHAI-WEISS (C.E.O)
DEFENDANT(S) (PRINT NAME CLEARLY)

2024 APR 25 P 12:
JOHN E. POWERS III
ACTING CLERK MAGISTRATE
SUFFOLK SUPERIOR COURT
CIVIL CLERK'S OFFICE

**PARTIES**

1. Plaintiff(s) reside(s) at 239 NEPONSET VALLEY PARK-WAY, BOSTON MA 02136
                              Street                       City or Town

in the County of U.S.A . UNITED STATES.

2. Defendant(s) reside(s) at THE VHQ FLEMING WAY, CRAWLEY, RH 10 9I
                             Street                         City of Town

in the County of UNITED KINGDOM.

**FACTS**

3. I was in a Virgin Altantic flight VS 412 Feb. 12, 2024
in an Upper Class cabin from LOS TO LHR TO BOS, the food th
I was served was contaminated with cheese wrapped in plasti.
wrap was still in the burger for so long, which led to food pois
on arrival to London I started having serious diarrhea, which ma.
me very uncomfortable and sick on my next flight from Lond
to Boston, After taking a bite out of the burger that I was

Served, I notify the Crew Supervisor, She saw the Evidence of the food Contamination and She made a report and told me She was going to send it to the appropriate departm I have been going back and forth with the Airline and they have trie to Suppress me just because of my Skin Color, up to date no apologies from them, despite the illness pain and Suffering.

4.   Answer this question only if you are seeking a restraining order against the defendant(s):

Have there been any other Court proceedings, criminal or civil, involving you or your family members and the defendant or defendant's family members?

Yes_____              No____✓____

If Yes, describe the Court proceeding(s) and its/their status. _____

_____

_____

**WHEREFORE**, plaintiff demands that:

Justice And Compensation, so that Such will not happen to other Passengers, Especially from LOS — LHR. from Virgin Atlantic And Delta Airlines. Thanks —

**SIGNED UNDER THE PENALTIES OF PERJURY.**

DATE: 04-25-2024

Signature of Plaintiff(s)

239 NEPONSET VALLEY PKv

**Street Address**

BOSTON  MA  02136

**City/Town**

617-648-6419.

**Telephone**

# CIVIL ACTION COVER SHEET

*24-1106F*

**The Superior Court**

COUNTY

| | |
|---|---|
| Plaintiff: BOB S. OJUGBANA | Defendant: ① VIRGIN ALTANTIC AIRLINE ② SHAI-WE. |
| ADDRESS: 239 NEPONSET VALLEY PARK-WAY, BOSTON MA 02136. | ADDRESS: ③ RICHARD CHARLES NICHOLAS BRANSO, |
| Plaintiff Attorney: | Defendant Attorney: |
| ADDRESS: N/A | ADDRESS: |
| BBO: | BBO: |

## TYPE OF ACTION AND TRACK DESIGNATION (see instructions section on next page)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B04- | Negilgence / Damage | | ☐ YES  ☑ NO |

**"If "Other" please describe:**

Is there a claim under G.L. c. 93A?  ☐ YES  ☐ NO

Is there a class action under Mass. R. Civ. P. 23?  ☐ YES  ☐ NO

## STATEMENT OF DAMAGES REQUIRED BY G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. (Note to plaintiff: for this form, do not state double or treble damages; indicate single damages only.)

### TORT CLAIMS

A. Documented medical expenses to date

    1. Total hospital expenses

    2. Total doctor expenses

    3. Total chiropractic expenses

    4. Total physical therapy expenses

    5. Total other expenses (describe below)

        Subtotal (1-5):  $0.00

B. Documented lost wages and compensation to date

C. Documented property damages to date

D. Reasonably anticipated future medical and hospital expenses

E. Reasonably anticipated lost wages

F. Other documented items of damages (describe below)

        TOTAL (A-F):  $0.00

G. Briefly describe plaintiff's injury, including the nature and extent of the injury:

PTSD, Emotional Stress, Anxiety, PAIN & Suffering

### CONTRACT CLAIMS

☐ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).

| Item # | Detailed Description of Each Claim | Amount |
|---|---|---|
| 1. | | |
| | Total | |

Signature of Attorney/Self-Represented Plaintiff: X _Bob Ojugbana_    Date: 04-25-2024.

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

### CERTIFICATION UNDER S.J.C. RULE 1:18(5)

I hereby certify that I have complied with requirements of Rule 5 of Supreme Judicial Court Rule 1:18: Uniform Rules on Dispute Resolution, requiring that I inform my clients about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney: X _____    Date: _____

COMMONWEALTH OF MASSACHUSETTS

**SUFFOLK, ss.**

SUPERIOR COURT
CIVIL ACTION
NO. 24-1106 F

BOB S. OJUGBAHA
PLAINTIFF(S) (PRINT NAME CLEARLY)

vs.

AMENDED COMPLAINT

VIRGIN HLTAHTIC AIRLINE, RICHARD CHARLES NICHOLAS BRA
DEFENDANT(S) (PRINT NAME CLEARLY)

## PARTIES

1. Plaintiff(s) reside(s) at 239 HEPONSET-VALLEY PARK-WAY BOSTON MA O.
   Street                     City or Town

in the County of U.S.A. UNITED STATES.

2. Defendant(s) reside(s) at 155 FEDERAL ST, SUITE 700

in the County of BOSTON MA 02110 U.S.A
   Street                     City of Town

## FACTS

3. I was in a Virgin Altantic flight VS 412 Feb, 12, 2024,
in an Upper Class Cabin from LOS to LHR to BOS, the food that
I was served was Contaminated with cheese wrapped in plastic
wrap was still in the burger, for so long, which led to food poiso
on arrival to London, I started having serious diarrhea, which
made me very uncomfortable and sick on my next flight fro
London to Boston, After taking a bite out of the burger that I

Served, I notify the Crew Supervisor she saw the Evidence of the food Contamination and she made a report and she told me she was going to send it to the appropriate departme

I have been going back and forth with the Airline and they have tried Suppress me just because of my Skin Color, Up to date, cipologies from them despite the Illness, pain and Suffer

4.  Answer this question only if you are seeking a restraining order against the defendant(s):

Have there been any other Court proceedings, criminal or civil, involving you or your family members and the defendant or defendant's family members?

Yes_____          No ___✓___

If Yes, describe the Court proceeding(s) and its/their status. _____

_____

_____

**WHEREFORE**, plaintiff demands that:

Justice And Compensation, so that such will not happen to Other Passengers, Especially From LOS - LHR From Virgin Altantic And Delta Airlines. Thanks.

**SIGNED UNDER THE PENALTIES OF PERJURY.**

DATE: 05/15/2024

Bob Bingham
**Signature of Plaintiff(s)**
239 MEPONSET VALLEY
**Street Address**
PARK-WAY, BOSTON MA 021:
**City/Town**
617-648-6419.
**Telephone**

| | | |
|---|---|---|
| **Summons** | CIVIL DOCKET NO.<br><br>*24-1106 F* | **Trial Court of Massachusetts**<br>**The Superior Court** |

| | | |
|---|---|---|
| CASE NAME:<br><br>*BOB S. OJUGBANA*<br><br>vs.<br><br>Plaintiff(s)<br><br><br><br>Defendant(s) | | John E. Powers III            Acting<br>                                        Clerk of Courts<br>Suffolk                          County<br><br>COURT NAME & ADDRESS:<br>**Suffolk Superior Civil Court**<br>**Three Pemberton Square**<br>**Boston, MA. 02108** |

THIS SUMMONS IS DIRECTED TO *VIRGIN ATLANTIC AIRLINE* (Defendant's name)

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this Summons and the original Complaint has been filed in the                    Court

**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

**1. You must respond to this lawsuit in writing within 20 days.**

If you do not respond, the Court may decide the case against you and award the Plaintiff everything asked for in the Complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

**2. How to Respond.**

To respond to this lawsuit, you must file a written response with the Court **and** mail a copy to the Plaintiff's attorney (or the Plaintiff, if unrepresented). You can do this by:

    a) Filing your **signed original** response with the Clerk's Office for Civil Business,                    Court

                  (address), by mail, in person, or electronically through the web portal www.eFileMA.com if the Complaint was e-filed through that portal, **AND**

    b) Delivering or mailing **a copy** of your response to the Plaintiff's attorney/Plaintiff at the following address:

**3. What to Include in Your Response.**

An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in Court. If you have any claims against the Plaintiff (referred to as "counterclaims") that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Court no more than 10 days after sending your Answer.

**3. (cont.)** Another way to respond to a Complaint is by filing a "Motion to Dismiss," if you believe that the Complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Rule 12 of the Massachusetts Rules of Civil Procedure.** If you are filing a Motion to Dismiss, you must follow the filing rules for "Civil Motions in Superior Court," available at:

www.mass.gov/law-library/massachusetts-superior-court-rules

**4. Legal Assistance.**

You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

**5. Required Information on All Filings.**

The "Civil Docket No." appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Michael D. Ricciuti            , Chief Justice on _____ , 20____ . (Seal)

Acting Clerk

**Note:** The docket number assigned to the original Complaint by the Clerk should be stated on this Summons before it is served on the Defendant(s).

---

## PROOF OF SERVICE OF PROCESS



**Suffolk County Sheriff's Department** • 132 Portland Street, Boston, MA 02114 • (617) 704-6999

*Suffolk, ss.*

**April 29, 2024**

**I hereby certify and return that on 4/29/2024 at 9:15 AM I served a true and attested copy of the Summons, Complaint, Cover Sheet and Tracking Order in this action in the following manner: To wit, by delivering in hand to Darlena Mitchell, agent and person in charge at the time of service for Virgin Atlantic Airline, at 155 Federal Street Suite 700 CT Corporation System Boston, MA 02110. Attest/Copies ($5.00) Basic Service Fee (IH) ($30.00) Postage and Handling ($1.00) Total: $36.00**

Deputy Sheriff    Joseph Casey

_____
                *Deputy Sheriff*

Date:

rev. 1/2023

| | CIVIL DOCKET NO. | **Trial Court of Massachusetts** |
|---|---|---|
| **Summons** | *24-1106 F* | **The Superior Court** |

| CASE NAME: | | John E. Powers III | Acting Clerk of Courts |
|---|---|---|---|
| BOB S. DJUGBANA | | Suffolk | County |
| | Plaintiff(s) | COURT NAME & ADDRESS: | |
| VS. | | Suffolk Superior Civil Court | |
| | | Three Pemberton Square | |
| | | Boston, MA. 02108 | |
| | Defendant(s) | | |

THIS SUMMONS IS DIRECTED TO ① ~~VIRGIN ATLANTIC AIRLINE~~ ᵇ· (Defendant's name)
② RICHARD CHARLES NICHOLES BRANSON~
③ SHAI WEISE (CEO) B. O

**You are being sued.** The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this Summons and the original Complaint has been filed in the                        Court

**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

**1. You must respond to this lawsuit in writing within 20 days.**

If you do not respond, the Court may decide the case against you and award the Plaintiff everything asked for in the Complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

**2. How to Respond.**

To respond to this lawsuit, you must file a written response with the Court **and** mail a copy to the Plaintiff's attorney (or the Plaintiff, if unrepresented). You can do this by:

    a) Filing your **signed original** response with the Clerk's Office for Civil Business,                        Court
                        (address), by mail, in person, or electronically through
    the web portal www.eFileMA.com if the Complaint was e-filed through that portal, **AND**

    b) Delivering or mailing **a copy** of your response to the Plaintiff's attorney/Plaintiff at the following address:

**3. What to Include in Your Response.**

An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in Court. If you have any claims against the Plaintiff (referred to as "counterclaims") that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your Court no more than 10 days after sending your Answer.

**3. (cont.)** Another way to respond to a Complaint is by filing a "Motion to Dismiss," if you believe that the Complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Rule 12 of the Massachusetts Rules of Civil Procedure.** If you are filing a Motion to Dismiss, you must follow the filing rules for "Civil Motions in Superior Court," available at:

www.mass.gov/law-library/massachusetts-superior-court-rules

**4. Legal Assistance.**

You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

**5. Required Information on All Filings.**

The "Civil Docket No." appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Michael D. Ricciuti_____ , Chief Justice on _____ , 20____ . (Seal)

Acting Clerk

**Note:** The docket number assigned to the original Complaint by the Clerk should be stated on this Summons before it is served on the Defendant(s).

---

## PROOF OF SERVICE OF PROCESS



**Suffolk County Sheriff's Department** • 132 Portland Street, Boston, MA 02114 • (617) 704-6999

*Suffolk, ss.*

**April 29, 2024**

I hereby certify and return that on 4/29/2024 at 9:15 AM I served a true and attested copy of the *Summons, Complaint, Cover Sheet and Tracking Order* in this action in the following manner: To wit, by delivering in hand to Darlena Mitchell, agent and person in charge at the time of service for Richard Charles Nicholes Branson, at 155 Federal Street C/O Virgin Atlantic Airlines CT Corporation System Boston, MA 02110 . Attest/Copies ($5.00) Basic Service Fee (IH) ($30.00) Conveyance ($0.30) Postage and Handling ($1.00) Travel ($1.00) Total: $37.30

Deputy Sheriff    Joseph Casey

*Joseph. P. Casey*

*Deputy Sheriff*

Date:

rev. 1/2023